IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TEVIS RANDALL, | § § | |
| *Plaintiff,* | § § | SA-21-CV-00580-JKP |
| vs. | § § | |
| METHODIST CHILDREN'S HOSPITAL, METHODIST HEALTHCARE, | § § § | |
| *Defendants.* | § § | |

## **ORDER**

Before the Court is the above-styled cause of action. The record reflects that on June 24, 2021, the Court granted Plaintiff's *pro se* Application to Proceed in District Court without Prepaying Fees or Costs and ordered Plaintiff to file a More Definite Statement on or before July 15, 2021 [#3]. The Court's Order was returned as undeliverable, and Plaintiff provided the Court with a change of address on July 9, 2021. The Clerk mailed the Order to Plaintiff's new address on July 12, 2021. The Court will impose a new deadline for Plaintiff to file his More Definite Statement in light of his delay in receiving the Court's Order.

**IT IS THEREFORE ORDERED** that, on or before **August 17, 2021**, Plaintiff shall file a **More Definite Statement** of the claims he seeks to present to this Court. Plaintiff is reminded to keep his statement **"short and plain,"** detailing only the facts relevant to his claims. *See* Fed. R. Civ. P. 8(a)(2). In this More Definite Statement, Plaintiff should include the following information:

- The letter of apology he allegedly received from Defendants;

- An explanation of why he believes his removal from Defendants' hospital facility was contrary to law;

- An explanation of why he believes his son's release from the facility was contrary to law and how Defendants' actions harmed Plaintiff and Plaintiff's son.

Plaintiff shall include the following declaration at the end of his more definite statement:

> I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.
>
> Executed on this _____ day of _____2021.
>
> _____
> Signature of Plaintiff

If Plaintiff fails to comply with this Order, the Court could dismiss this case for failure to prosecute. *See* Fed. R. Civ. P. 41(b). If Plaintiff does not wish to file a more definite statement, he may request voluntary dismissal of these claims pursuant to Federal Rule of Civil Procedure 41(a).

SIGNED this 27th day of July, 2021.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE